

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2017

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file his reply brief is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk